FILED
CHARLOTTE, NC

OCT 29 2024

US District Court
Western District of NC

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

ORDER FOR SELECTION    )
OF 2025 GRAND JURORS    )         Misc. No. *3:24 mc 152*
FOR CHARLOTTE DIVISION   )

IT IS ORDERED that the Clerk and/or authorized Deputy Clerk draw from the Charlotte master jury wheel 125 names and draw from the Statesville master jury wheel 125 names for potential service as 2025 GRAND JURORS for the United States District Court, Western District of North Carolina, Charlotte Division. The first appearance of these Grand Jurors is scheduled for Wednesday, January 22nd, 2025, at 8:30 o'clock in the forenoon.

When the Grand Jury Panel is selected and sworn, they are to serve for a period of time not to exceed eighteen months, including twelve regular terms of court convening on January 22, 2025; February 19, 2025; March 18, 2025; April 15, 2025; May 20, 2025; June 17, 2025; July 15, 2025; August 19, 2025; September 16, 2025; October 21, 2025; November 18, 2025; and December 9, 2025; and any additional sessions or dates which may be required.

This the _29_ day of October, 2024.

_____
Martin Reidinger
Chief United States District Court Judge